## 61315. HOLMES v. THE STATE.

POPE, Judge.
Judgment affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED MAY 13, 1981.

*Vernon S. Pitts, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney, H. Allen Moye, Joseph J. Drolet, A. Thomas Jones, Assistant District Attorneys,* for appellee.